The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DOCUSIGN, INC., | Civil Action No. CV04-2428JLR |
| Plaintiff, | STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41 |
| v. | |
| YOZONS, INC., | |
| Defendant. | |

### STIPULATION

Plaintiff DocuSign, Inc. ("DocuSign") and Defendant Yozons, Inc. ("Yozons") (collectively the "Parties"), by and through their respective counsel, pursuant to Fed. R. Civ. P. 41, stipulate as follows:

A.   DocuSign hereby dismisses its claims against Yozons with prejudice;

B.   Yozons hereby dismisses its counterclaims against DocuSign with prejudice;

C.   The parties agree to bear their respective costs and attorneys' fees incurred in this action; and

D.   The parties hereby submit to and acknowledge the jurisdiction of this Court over them for the purpose of enforcing in the future the terms of the Settlement Agreement and Nonexclusive Patent License entered into by the Parties, each agreement bearing an effective date of January 23, 2006.

STIPULATION AND ORDER FOR DISMISSAL
WITH PREJUDICE - 1
Civil Action No. C04-2428JLR
~6443841.doc

BLACK LOWE & GRAHAM PLLC

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

| | |
|---|---|
| BLACK LOWE & GRAHAM<sup>PLLC</sup> | CHRISTENSEN O'CONNOR JOHNSON KINDNESS<sup>PLLC</sup> |
| s/ David A. Lowe | s/ W. David Shenk |
| David A. Lowe, WSBA No. 24,453 | W. David Shenk, WSBA No. 30,797 |
| Attorneys for DocuSign, Inc. | Attorneys for Yozons, Inc. |

## ORDER

The Court, having reviewed the foregoing Stipulation of the parties, and good cause appearing therefor, ORDERS AS FOLLOWS:

A. DocuSign's claims against Yozons are dismissed with prejudice;

B. Yozons' counterclaims against DocuSign are dismissed with prejudice;

C. The parties shall bear their respective costs and attorneys' fees incurred in this action; and

D. This Court shall retain jurisdiction over the parties to enforce the terms of the Settlement Agreement and Nonexclusive Patent License.

DATED this 9th day of March, 2006.

s/James L. Robart
The Honorable James L. Robart
United States District Judge

Jointly Presented by:

s/ David A. Lowe
David A. Lowe, WSBA No. 24,453
   Email: lowe@blacklaw.com
BLACK LOWE & GRAHAM<sup>PLLC</sup>
701 Fifth Avenue, Suite 4800
Seattle, WA 98104
Telephone: 206.381.3300
Facsimile: 206.381.3301

Attorneys for DocuSign, Inc.

s/ W. David Shenk
W. David Shenk, WSBA No. 30,797
   Email: david@cojk.com
CHRISTENSEN O'CONNOR JOHNSON KINDNESS<sup>PLLC</sup>
1420 Fifth Avenue, Suite 2800
Seattle, WA 98101
Telephone: 206.682.8100
Facsimile: 206.224.0779

Attorneys for Yozons, Inc.

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE - 2

Civil Action No. C04-2428JLR

~6443841.doc

BLACK LOWE & GRAHAM <sup>PLLC</sup>
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301